# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 5, 2007

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Ilana Diamond Rovner, *Circuit Judge*

Hon. Diane S. Sykes, *Circuit Judge*

No. 06-4266

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    *Plaintiff-Appellee*, | Appeal from the United States District<br>Court for the Southern District of Illinois. |
| *v.* | No. 05 CR 30015 |
| ANTHONY WOMACK, also known as<br>BIGMAN, also known as BIGS,<br>                    *Defendant-Appellant*. | David R. Herndon,<br>   *Judge.* |

**O R D E R**

On August 17, 2007, defendant-appellant filed a petition for rehearing and petition for rehearing *en banc* in connection with the above-referenced case. No judge in active service has requested a vote on the petition for rehearing *en banc* and all of the judges on the original panel have voted to deny rehearing. It is, therefore, ORDERED that the petition for rehearing and petition for rehearing *en banc* are DENIED.

IT IS FURTHER ORDERED that the opinion released on August 3, 2007, in connection with the above-referenced case, is amended as follows:

Page 2, the first sentence of the first paragraph should read:

"The jury convicted Womack of conspiracy to distribute cocaine, finding by special verdict that the amount of cocaine was in excess of five kilograms."